In the Matter of the Application for the Removal of JOHN F. HOPPE from His Office of Justice of the Peace and as a Member of the Town Board of the Town of Poughkeepsie, etc.— The proceedings involved in the charges against the justice of the peace being now under examination before the Supreme Court in Dutchess county, the motion to remove the respondent from his office of justice of the peace and as a member of the town board of the town of Poughkeepsie is denied, with leave to renew upon the conclusion of the court proceedings referred to. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

In the Matter of ALBERT C. JORDAN, an Attorney.— The grievance committee of the Westchester County Bar Association has reported that while they believe the respondent was careless in his procedure, they do not think he had any ulterior, improper motive; that in their opinion he has suffered sufficient punishment, and that no further proceedings should be taken. While this court accepts the recommendation of the grievance committee, it wishes to express its disapproval of the conduct of the attorney in this matter. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Transfer Tax upon the Estate of LESLIE W. MAY, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Estate of ANNIE R. TINKER, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Estate of ANNIE R. TINKER, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JOSEPH CANEPI CONTRACTING CO., INC., Appellant, v. CITY OF YONKERS, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice.

MICHAEL J. LEAHY, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

MORRIS LIEBERMAN, Appellant, v. SAMUEL BRODY, Respondent.— Motion for order limiting the record to be filed in the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

MARION WALTER McCARTER, Respondent, v. EVERITT L. CRAWFORD and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

PHILIP METZ, Respondent, v. MARCUS I. SACHS and Another, Appellants. VINCENT P. KIERNAN, Defendant.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GEORGE MORD, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.